# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| GORSS MOTELS INC., a Connecticut corporation, individually and as the representative of a class of similarly-situated persons,<br><br>              Plaintiff,<br><br>   v.<br><br>COMMERCIAL LIGHTING INDUSTRIES and JOHN DOES 1-5,<br><br>              Defendants. | Civil Action No. 3:16-cv-01362-MPS<br><br>**CLASS ACTION** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) Plaintiff in this action, Gorss Motels Inc., by and through its undersigned counsel, hereby dismisses this action without prejudice.

Respectfully submitted,

By: /s/ Aytan Y. Bellin
Aytan Y. Bellin ct28454
**BELLIN & ASSOCIATES LLC**
85 Miles Avenue
White Plaines, NY  10606
Phone: 914-358-5345
Fax: 212-571-0284
Aytan.Bellin@bellinlaw.com

And:
Brian J. Wanca
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL  60008
Telephone:  847-368-1500
Facsimile:  847-368-1501
bwanca@andersonwanca.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 7, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                                             s/ Aytan Y. Bellin